IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PATRICK CORNWALL v. DELAWARE COUNTY, et al. | CIVIL ACTION NO. 21-2456 |
|---|---|

**ORDER RE: DEFENDANTS' MOTIONS TO DISMISS**

**AND NOW**, this 16th day of September, 2022, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendants' Rule 12 Motions to Dismiss the Amended Complaint (ECF Nos. 25, 30, 35, 36 & 41) are **DENIED** as to the individual defendants named in Counts I-II, but are otherwise **GRANTED**, without prejudice, with leave to replead within thirty (30) days.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**