**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PATRICK CORNWALL | CIVIL ACTION |
| v. | NO. 21-2456 |
| DELAWARE COUNTY, et al. | |

## ORDER RE MOTION FOR SUMMARY JUDGMENT [ECF 89]

**AND NOW**, this 13th day of February, 2026, and upon consideration of Defendants Jessica Wilson, Quetta Brown-Yarsia, Shalayah Malloy, Carl Pierce, The GEO Group, and Delaware County's Motion for Summary Judgment (ECF 89) and Plaintiff's Response in Opposition (ECF 91), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** as to Count I against Defendants Wilson, Brown-Yarsia, Malloy, and Pierce, and **DENIED** as to Count II against Defendants GEO Group and Delaware County.  The claims against Defendants Wilson, Brown-Yarsia, Malloy, and Pierce are **DISMISSED**.  The Clerk is instructed to terminate those defendants.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**