**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PATRICK CORNWALL,** <br> *Plaintiff,* <br><br> **v.** <br><br> **DELAWARE COUNTY et al.,** <br> *Defendants.* | **CIVIL ACTION** <br> **NO. 21-2456** |

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT [ECF 94]

**AND NOW**, this 11th day of June, 2026, it is hereby **ORDERED** that the Motion for Summary Judgment [ECF 94] by Defendants Oswaldo Tagle Manrique, CRNP, Joseph Walsh, PA-C, Jeanne DeFrangesco, CRNP, Dr. Saeed Bazel, Stephen Kaminsky, PA-C, Anna Wakeman, CRNP, and Paula Purnavel, CRNP is **GRANTED** for the reasons stated in the foregoing Memorandum Opinion.

BY THE COURT:

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 21\21-2456 Cornwall v. Del. Co. et al\21-2456 Order re SCIP MSJ at ECF 94.docx